UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

        Plaintiff,

vs.

ANTONIO CORNELIUS WILLIAMSON,

a/k/a/ "Tony Pistol,"

        Defendant,

Case No. 19-cr-80067-Middlebrooks/Brannon

FILED BY _____ D.C.

JUN 19 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

## MOTION TO COMPEL ATTORNEYS DUTIES & OBLIGATION

### PURSUANT TO TITLE 28 U.S.C. 1361

Comes Now, Antonio Williamson, Pro-se litigant in the above styled cause of action, moves this U.S. District court pursuant to Title 28 U.S.C. 1361 to compel Attorney of record Scott Berry of the Federal public Defender Office to perform his duties and obligations to Antonio Williamson (defendant), if this U.S. District Court finds or deems necessary. The Defendant states the following in support:

1. The Defendant has presented a Letter of Rogatory to his attorney and this Honorable District Court, in the L.O.R. the defendant has requested/demanded that the numerous United States Constitutional and procedural errors be raised on my behalf. (Please see Letter of Rogatory)
2. The Defendant is requesting that attorney of record challenge jurisdiction/venue on behalf of Antonio Williamson. Meaning, is this District Court an Article I or is it an Article III Court per the United States Constitution? In LUJUAN v. DEFENDERS OF WILDLIFE, the Supreme Court stated: "Over the years, our cases have established that the irreducible constitutional minimum of standing contains three elements. The party invoking federal jurisdiction bears the burden of establishing these elements. See FW/PBS. Inc. v. Dallas, 493 U.S. 215, 231 (1990)
3. The Defendant is requesting that attorney of record challenge the Separation of Powers Doctrine. Meaning, the Judge & Assistant United States Attorneys both sign a Standard Form 61. In which this essentially exemplify that the Judge and prosecutor both work for the Executive Branch of Office. (Please SEE Appointment Affidavits)
4. The Defendant is requesting that attorney of record ascertain all Grand Jury Minutes in original indictment as well as Superseding indictment(s). Defendant's 5th & 6th Amendments were violated when attorney of record refused to petition the court for defendant presence before the Grand Jury to face his accuser and ask questions of said accuser. Moreover, the Defendant was at Palm Beach Federal Courthouse on May 2, 2019 to be arraigned on said charges at 10:00am, however, the A.U.S.A stated on the record to the magistrate judge that"



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Mr. Williamson was indicted this morning" That being said, there is no hypothetical or conjunctional reason as to why Mr. Williamson was denied Due Process to the Grand Jury. In fact, the government denied the Grand Jury its complete Resolute Independence.

5. The Defendant is requesting that the attorney of record file a Motion to Dismiss Indictment based on the 5th & 6th Amendment Violations that were induced in front of the Grand Jury.
6. The Defendant is requesting that attorney of record file a Motion to Suppress Evidence based on the 4th Amendment violation of Antonio Williamson, as well as the Violation of Federal Rules of Criminal Procedure 41. The said search warrant was defective per Fed. R. Crim. P.41.
7. The Defendant is requesting that attorney of record file a Motion to Dismiss Indictment based on the Violation of Defendant Antonio Williamson 6th Amendment Speedy Trial Rights. Defendant Williamson has been incarcerated since February 25, 2019. The Speedy Trial Act is crystal clear in that one must be brought to trial in 70 days upon arraignment. Per the criminal complaint Nov. 28, 2018 the government knew of the said Defendant's whereabouts. That being said," with criminal conduct from the burdens associated with multiple prosecutions and punishments for substantially the same act(s) or transaction(s), to promote efficient utilization of Department resources, and to promote coordination and cooperation between federal and state prosecutors" <u>See U.S. Attorneys' Manual 9-2.031 (A), Dual and Successive Prosecution Policy.</u>
8. The Defendant is requesting that attorney of record ascertain any and all DEA 6 & 7 Reports, FBI 302 Reports, Fingerprint Expert report, Trace Evidence Expert, Narcotics Expert, etc..

## DISCUSSION

I am asking this U.S. District to adhere my cares and concerns. These issues are core to My Constitutional Rights that have been violated by the government overzealous actions on the part of the government. I ask that the merits of my Letter of Rogatory and My Motion to Compel be heard by this Honorable Court.

Respectfully Submitted,

ANTONIO WILLIAMSON,

BY: /s/