UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 19-80067-CR MIDDLEBROOKS

UNITED STATES OF AMERICA,
        Plaintiff,

vs.

ANTONIO CORNELIUS WILLIAMSON,
        Defendant(s)

_____/

### ORDER ON DEFENDANT'S MOTION TO COMPEL ATTORNEYS DUTIES & OBLIGATION AND MOTION FOR LEAVE FOR APPOINTMENT FOR CO-COUNSEL STATUS

**THIS CAUSE** comes before the Court pursuant to Defendant's Motion to Compel Attorneys Duties & Obligation Pursuant to Title 28 U.S.C. § 1361 (**D.E. 32**) and Motion for Leave for Appointment for Co-Counsel Status (**D.E. 33**).   The Defendant is represented by counsel.   The motions filed are incomprehensible, not signed by attorney of record and it is not clear who is filing these motions on behalf of the Defendant.   Some have been filed at the West Palm Beach Clerk's Office and others at the Fort Lauderdale Clerk's Office via hand-delivery. Therefore, it is

     **ORDERED AND ADJUDGED** that Defendant's Motions (**D.E. 32 and 33**) are hereby **STRICKEN**.

     **DONE AND ORDERED** at West Palm Beach, Florida, this 20 day of June, 2019.

Donald M. Middlebrooks
United States District Judge

cc: Counsel of Record